IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:18-cv-00001-FL

| | | |
|---|---|---|
| MOLLY YATES, Individually, next-of-kin, personal representative and widow of, BRADLEY YATES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER STAYING** **DISCOVERY** |
| TYREE DAVIS, current chief of the Enfield, N.C., Police Department, in his individual and official capacity, and WILLIE TILLERY, former chief of the Enfield, N.C., Police Department, in his individual and official capacity, and WES TRIPP, Sheriff of Halifax County, in his individual and official capacity, and WILLIE HAMMIEL, officer of the Enfield Police Department, in his official and individual capacity, and JASON KETTER, Deputy Sheriff of Halifax County, in his official and individual capacity, and SERGEANT CHRISTOPHER BODEN, Deputy Sheriff of Halifax County, in his official and individual capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

FOR THE REASONS granted in the Halifax County Sheriff Defendants' Consent

Motion to Stay Rule 26(f) Conference and Discovery (Doc. No. 17), the parties' obligation to

confer and submit a proposed case management plan, as directed by this Court's Order of

February 5, 2018 (Doc. No. 16), is hereby stayed pending the Court's resolution of the motion to

dismiss, and the discovery period is also hereby stayed during this period.

The parties are free to submit a proposed consent protective order to obtain the file of the

North Carolina State Bureau of Investigation of this matter during the period of stay.

This is the 14 day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE